UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U. S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

| | |
|---|---|
| David Saad<br><br>Petitioner<br><br>vs.<br><br>Warden Diamondback Correctional Facility et al<br>Respondent | CASE NO. CIV-26-2489-J |

ENTER ORDER:

Case transferred to **Jodi W. Dishman**. HEREAFTER, PLEASE REFER TO CASE AS CIV-26-2489-JD.

Please note that for future filings in this case, the letter at the end of the number should now be a(n) "**JD**" rather than a(n) **"J"** . This is important to ensure the prompt distribution of pleadings to the proper judge.

By direction of District Judge **Bernard M. Jones, II**, we have entered the above enter order.

JOAN KANE, CLERK OF COURT

By K. Boulet
DEPUTY CLERK

cc: parties of record

Rvsd 03/20