**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DAVID SAAD,<br><br>Petitioner,<br><br>v.<br><br>WARDEN DIAMONDBACK CORRECTIONAL FACILITY,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-02489-JD |

# ORDER

On September 14, 2026, Petitioner David Saad filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1]. He already has a § 2241 habeas petition pending before this Court, which he filed on August 31, 2026, challenging his detention in U.S. Immigration and Customs Enforcement ("ICE") custody and seeking relief on the same claims he raises in the habeas petition in this later filed action. *See Saad v. Warden Diamondback Correctional Facility, et al.*, 5:26-cv-02319-JD, Doc. No. 1 (W.D. Okla. Aug. 31, 2026); *see also* Previous Case Notice [Doc. No. 2].

"Where . . . a petitioner files multiple § 2241 petitions, the later-filed cases generally proceed in one of two ways." *Lazare v. De Anda-Ybarra*, No. 2:26-cv-00808-KG-KK, 2026 WL 2071154, at *1 (D.N.M. July 17, 2026). "If the first § 2241 case is still pending, the later filed petition may be dismissed as duplicative and without prejudice." *Id.* (collecting cases). "The petitioner is then free to continue prosecuting claims in his . . . existing § 2241 case." *Id.*

Accordingly, the Court dismisses without prejudice Mr. Saad's Petition for a Writ

of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] as duplicative. A separate judgment will follow.

IT IS SO ORDERED this 17th day of September 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE